Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400 x241; F: (866) 861-1390
Rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ROBERT SCHABERT

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT SCHABERT, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| v. | **(Unlawful Debt Collection Practices)** |
| DYNAMIC RECOVERY SOLUTIONS, LLC | |
| Defendants. | |

ROBERT SCHABERT (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against DYNAMIC RECOVERY SOLUTIONS, LLC (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

//

//

**JURISDICTION AND VENUE**

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

7. Plaintiff is a natural person residing in Sacramento, Sacramento County, California.

8. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendants, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

9. Defendants are debt collectors as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

10. Defendant is a Corporation with its headquarters in Greenville, South Carolina.

**FACTUAL ALLEGATIONS**

11. In or around February of 2013, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt

12. Plaintiff's alleged debt arises from transactions for personal, family, and household purposes.

13. Upon information and belief Defendant is attempting to collect a time barred debt, and a debt that Plaintiff does not owe.

14. Defendant placed collection phone calls to Plaintiff at 916-470-59XX.

15. Defendant places collection calls to Plaintiff from 916-668-4394.

16. In or around February of 2013, Defendant placed a collection call to Plaintiff wherein Defendant threatened to file a l099-C. Upon information and belief Defendant does not owe the debt at issue and therefore Defendant's threat to file a 1099-c on Plaintiff is simply an idle threat made to induce Plaintiff to return Plaintiff's call.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

    b. Defendant violated § 1692e(5) of the FDCPA by threatening to file a form 1099-C against Plaintiff despite lacking intent to do so.

    c. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiff, ROBERT SCHABERT, respectfully requests judgment be entered against Defendants, DYNAMIC RECOVERY SOLUTIONS, LLC for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

20. Any other relief that this Honorable Court deems appropriate.

//
//
//
//
//

# COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*. to wit: Section 1692d and 1692e

WHEREFORE, Plaintiff, ROBERT SCHABERT, respectfully requests judgment be entered against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC for the following:

23. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

25. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  June 4, 2013                KROHN & MOSS, LTD.

                          By: /s/Ryan Lee
                              Ryan Lee
                              Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, ROBERT SCHABERT, states as follows:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROBERT SCHABERT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _18 MAR 2013_   _____
ROBERT SCHABERT

VERIFIED COMPLAINT