Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
ROBERT SCHABERT

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT SCHABERT,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>　　　　Defendant. | **Case No.: 2:13-cv-01119-TLN-AC**<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, ROBERT SCHABERT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: 07/11/2013　　　　　　　KROHN & MOSS LTD

　　　　　　　　　　　　　　　　　/s/ Ryan Lee
　　　　　　　　　　　　　　　　　Ryan Lee, Esq.
　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　ROBERT SCHABERT

1

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 11, 2013, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee
      Ryan Lee, Esq.