Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
ROBERT SCHABERT

## UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA,
## SACRAMENTO DIVISION

|  |  |
|---|---|
| ROBERT SCHABERT,<br><br>                Plaintiff,<br><br>vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>                Defendant. | Case No.: **2:13-cv-01119-TLN-AC** |

### NOTICE OF VOLUNTARY DISMISSAL

HOLLY LAFORTY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to

FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order)

voluntarily dismisses, with prejudice, the above-captioned action, filed against, DYNAMIC

RECOVERY SOLUTIONS, LLC (Defendant), in this case.


DATED:  September 6, 2013          RESPECTFULLY SUBMITTED,

                                                            KROHN & MOSS, LTD.

                                                            By: /s/ Ryan Lee_____
                                                                  Ryan Lee Esq. (SBN: 235879)
                                                                  10474 Santa Monica Blvd., Ste. 405
                                                                  Los Angeles, CA 90025

### CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

Chad V Echols
The Echols Firm, LLC
115 Oakland Avenue, Suite 102
Rock Hill SC 29730


By:  /s/ Ryan Lee_____

Ryan Lee